■ Board of Directors of 35 E. 68th Street Realty Corp., Appellant, v New York City Landmarks Preservation Commission et al., Respondents. [26 NYS3d 690]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Carol Edmead, J.), entered on or about March 4, 2015, and said appeal having been withdrawn before argument by counsel for

the respective parties; and upon the stipulation of the parties hereto dated February 18, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Sweeny, J.P., Richter, Manzanet-Daniels and Gische, JJ.